HANNAH F. BENJAMIN et al., Respondents, *v.* THE GREEN-
WICH INSURANCE COMPANY OF THE CITY OF NEW YORK,
Appellant, and JOHN M. DIVEN, Respondent.

*Benjamin* v. *Greenwich Ins. Co.*, 80 App. Div 631, affirmed.
(Argued February 10, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
February 25, 1903, affirming a judgment in favor of plain-
tiffs and defendant, respondent, entered upon a verdict
directed by the court.

*Michael H. Cardozo* for appellant.

*William B. Ellison* and *Arnold L. Davis* for plaintiffs,
respondents.

*William W. Dewhurst* for defendant, respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MAR-
TIN, VANN and CULLEN, JJ.